George H. Bogner, appellant, v. New Amsterdam Casualty Company, appellee. Gen. No. 38,320.

Opinion filed December 16, 1935.
Rehearing denied December 30, 1935.

Stearns & Jones and Lloyd M. McBride, for appellant. Robertson, Crowe & Spence, for appellee; Burt A. Crowe, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Paul L. Rittenhouse, appellee, v. Herbert L. Dillon et al., trading as Eastman, Dillon and Company, appellants. Gen. No. 38,334.

Opinion filed December 16, 1935.

Winston, Strawn & Shaw, for appellants; Thomas I. Underwood and Frank B. Gilmer, of counsel. Jaffe & Green, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Chicago Title and Trust Company, appellee, v. Louis Shapiro, appellant. Gen. No. 38,343.

Opinion filed December 16, 1935.

William Feldman and I. K. Goodman, for appellant. Benjamin S. Adamowski, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Maurice A. Spalding, appellant, v. Dora Spalding, appellee. Gen. No. 38,352.

Opinion filed December 16, 1935.

Robert E. Cantwell, Jr., for appellant; Martin W. Grosse, of counsel. Oscar S. Seaver and Henry F. Antes, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.